Certificate Number: 16339-PAE-DE-039831952

Bankruptcy Case Number: 25-12392



16339-PAE-DE-039831952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2025, at 9:35 o'clock AM EDT, Kathleen Walk completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 3, 2025                    By:    /s/Kelley Tipton

                                         Name:  Kelley Tipton

                                         Title:  Certified Financial Counselor