**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ROBERT F. WALK, II and<br>KATHLEEN B. WALK,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 25-12392 (PMM)<br><br>Hearing Date: 10/8/2025 at 9:30 a.m.<br>Location: 900 Market St., Ctrm. 3<br>            Philadelphia, PA 19107 |

**MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION
FOR AN ORDER APPROVING PROPOSED LOAN MODIFICATION AGREEMENT**

TO:    THE HONORABLE PATRICIA M. MAYER,
       UNITED STATES BANKRUPTCY JUDGE

Franklin Mint Federal Credit Union ("FMFCU"), by and through its undersigned attorneys, hereby moves (the "Motion") for an order approving a proposed loan modification (the "Proposed Loan Modification") between FMFCU on the one hand, and debtors Robert F. Walk, II and Kathleen B. Walk (together, the "Debtors") on the other hand, so that the Debtors may be afforded the relief provided under the Proposed Loan Modification commencing with the first payment due and owing after an order on the Motion has been entered, and in support thereof represents as follows:

### BACKGROUND

1.    On August 8, 2022, FMFCU made a loan to the Debtors in the amount of Twenty-Five Thousand Five Hundred Three and 05/100 Dollars ($25,503.05) (the "Loan") pursuant to the terms of that certain Loan Agreement and Consumer Credit Disclosure Statement of the same date (the "Note"). As security for the Loan, the Debtors gave FMFCU a lien on the title to a 2020 Toyota Corolla (the "Vehicle").

2. On June 13, 2025 (the "Petition Date"), the Debtors filed a voluntary petition pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

3. As of the Petition Date, FMFCU held a claim secured by a lien on the title to the Vehicle in an amount no less than Fifteen Thousand Three Hundred Sixty-One and 64/100 Dollars ($15,361.64).

4. FMFCU has conditionally approved the Debtors for the Proposed Loan Modification, which if approved by this Court would modify the Debtors' obligations under the Note. Specifically, and pursuant to the Proposed Loan Modification, FMFCU has agreed to defer the Debtors' payments due under the Note by as many as four (4) months.

5. The terms of the Proposed Loan Modification have already been approved by the Debtors and FMFCU, conditioned upon receiving the requisite approval from this Court.

## THE RELIEF REQUESTED AND THE REASONS THEREFOR

6. The deferment of payments under the Note will accrue a substantial benefit to the Debtors by allowing them to retain the Vehicle for the foreseeable future, so long as they otherwise continue to perform under the terms and conditions of the Note.

7. In light of the Debtors' request for the relief sought by this Motion, and the anticipated benefits that will accrue to the Debtors, the Proposed Loan Modification should be approved.

## CONCLUSION

8. For the foregoing reasons, FMFCU respectfully requests that this Court enter an order approving the Proposed Loan Modification.

WHEREFORE, FMFCU respectfully requests the entry of an order granting the relief requested herein, together with such other and further relief as is just and proper.

        Respectfully submitted:

        KLEHR | HARRISON | HARVEY|
        BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
       Corinne Samler Brennan, Esquire
       1835 Market Street, Suite 1400
       Philadelphia, PA  19103
       Telephone: (215) 569-3393

       *Counsel to Franklin Mint Federal Credit Union*

Dated:  September 5, 2025