**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT F. WALK, II and KATHLEEN B. WALK, | Case No. 25-12392 (PMM) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion of Franklin Mint Federal Credit Union's motion for an order approving proposed loan modification to be served on this 5th day of September, 2025 via the following methods upon the following parties in interest:

Via U.S. Mail
Robert F. Walk, II
Kathleen B. Walk
2101 Belmont Avenue, #2212
Philadelphia, PA 19131

Via CM/ECF
Michael A. Cibik, Esquire
help@cibiklaw.com

Robert H. Holber, Esquire
trustee@holber.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

By:  */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393