IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>   ROBERT F. WALK, II and<br>   KATHLEEN B. WALK,<br><br>                        Debtors. | Chapter 7<br><br>Case No. 25-12392 (PMM) |

## CERTIFICATE OF NO OBJECTION TO THE MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION FOR AN ORDER APPROVING PROPOSED LOAN MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Franklin Mint Federal Credit Union for an Order Approving Proposed Loan Modification Agreement (the "Motion") filed on September 5, 2025, at Docket No. 14 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection, or other responsive pleading to the Motion appears thereon. It is respectfully requested that the Order attached to the Motion be entered by the Court.

                                                    KLEHR | HARRISON | HARVEY |
                                                    BRANZBURG LLP

                        By:    */s/Corinne Samler Brennan*
                                  Corinne Samler Brennan, Esquire
                                  1835 Market Street, Suite 1400
                                  Philadelphia, PA  19103
                                  Telephone: (215) 569-3393

                                  *Counsel to Franklin Mint Federal Credit Union*

Dated: September 23, 2025

11734130.v1