### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>　　ROBERT F. WALK, II and<br>　　KATHLEEN B. WALK,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 25-12392 (PMM) |

**ORDER**

AND NOW, this <u>30th</u> day of <u>September</u>, 2025, upon consideration of the motion of Franklin Mint Federal Credit Union ("FMFCU") for an order approving the proposed loan modification agreement (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that:

1.　The Motion is GRANTED;

2.　The Debtors and FMFCU are AUTHORIZED to enter into the Proposed Loan Modification;[1] and

3.　To the extent that further relief from the automatic stay is necessary for the parties to enter into the Proposed Loan Modification, such relief is GRANTED to FMFCU.

SO ORDERED:

*Patricia M. Mayer*

HON. PATRICIA M. MAYER
United States Bankruptcy Judge

---

[1]　Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.