United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert F Walk, II  
Kathleen B Walk  
    Debtors

Case No. 25-12392-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 30, 2025      Form ID: 318      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F Walk, II, Kathleen B Walk, 2101 Belmont Ave 2212, Philadelphia, PA 19131-1660 |
| 15018981 | | Citi/L.L. Bean, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, Sioux Falls, SD 57117-0040 |
| 15018989 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 15018990 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15018995 | + | Main Line Health, PO Box 780163, Philadelphia, PA 19178-0163 |
| 15018996 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15018999 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15019004 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15019009 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Oct 01 2025 04:28:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 01 2025 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15018973 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2025 00:40:30 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15018975 | + | EDI: BANKAMER2 | Oct 01 2025 04:28:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15018974 | + | EDI: BANKAMER | Oct 01 2025 04:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15018976 | | EDI: TSYS2 | Oct 01 2025 04:28:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15018983 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15018977 | | EDI: CAPITALONE.COM | Oct 01 2025 04:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15018978 | + | EDI: CITICORP | Oct 01 2025 04:28:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15018979 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | Ccb/apples, Po Box 182120, Columbus, OH |

Case 25-12392-pmm  Doc 20  Filed 10/02/25  Entered 10/03/25 00:39:59  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: 318 | Total Noticed: 41 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15018980 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | Ccb/wnterslk, Po Box 182120, Columbus, OH 43218-2120 |
| 15018982 | + | EDI: CITICORP | Oct 01 2025 04:28:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15018984 | | Email/Text: bankruptcy@philapark.org | Oct 01 2025 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15018985 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018986 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15018987 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | Comenitycb/appleseeds, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 15018988 | + | EDI: WFNNB.COM | Oct 01 2025 04:28:00 | Comenitycb/wintersilks, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15018994 | | EDI: CITICORP | Oct 01 2025 04:28:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15018991 | | EDI: IRS.COM | Oct 01 2025 04:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15018992 | | EDI: JPMORGANCHASE | Oct 01 2025 04:28:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15018993 | | EDI: CAPITALONE.COM | Oct 01 2025 04:28:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15018997 | | EDI: PENNDEPTREV | Oct 01 2025 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15018998 | ^ | MEBN | Oct 01 2025 00:25:05 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15019000 | | Email/Text: bankruptcy@philapark.org | Oct 01 2025 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15019001 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 01 2025 00:34:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15019002 | + | EDI: SYNC | Oct 01 2025 04:28:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15019003 | | EDI: SYNC | Oct 01 2025 04:28:00 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15019005 | | EDI: TDBANKNORTH.COM | Oct 01 2025 04:28:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 15019006 | | EDI: TDBANKNORTH.COM | Oct 01 2025 04:28:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15019007 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 01 2025 00:33:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15019008 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2025 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 32

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: 318 | Total Noticed: 41 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Kathleen B Walk help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert F Walk II help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert F Walk II<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8628<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Kathleen B Walk<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7153<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–12392–pmm | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert F Walk II                                        Kathleen B Walk

9/30/25                                                 **By the court:**  Patricia M. Mayer
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2